**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| The Cleveland Clinic Foundation, *et al.* | ) | Case No.: 1:17-cv-00198-LMB-IDD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| True Health Diagnostics LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, May 12, 2017, at 10:00 a.m, or as soon thereafter as counsel may be heard, Defendant True Health Diagnostics LLC will bring on for hearing its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) in the above-captioned case.

Dated: April 12, 2017

By: /s/ Michael A. Oblon
Michael A. Oblon
Virginia Bar No. 47,246
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
MOblon@perkinscoie.com

Adam L. Marchuk (*pro hac vice*)
Mark T. Smith (*pro hac vice*)
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400
AMarchuk@perkinscoie.com
MarkSmith@perkinscoie.com

*Counsel for Defendant True Health Diagnostics LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2017, a copy of the NOTICE OF HEARING was served on all counsel of record via the Court's ECF system.

By: _/s/ Michael A. Oblon_
Michael A. Oblon