IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



THE CLEVELAND CLINIC FOUNDATION, *et al.*,

    Plaintiffs,

v.

TRUE HEALTH DIAGNOSTICS, LLC,

    Defendant.

Civil Action No. 1:17-cv-00198 (LMB/IDD)

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint [Dkt. No. 22] is **GRANTED.** The Second Amended Complaint is deemed filed as of the date of this Order.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 21st day of April 2017.

Alexandria, Virginia

                      /s/
                 Ivan D. Davis
                 United States Magistrate Judge