IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| THE CLEVELAND CLINIC FOUNDATION, et al., | ) ) ) | Civil Action No. |
| Plaintiffs, | ) ) | 1:17-cv-00198-LMB-IDD |
| v. | ) ) | |
| TRUE HEALTH DIAGNOSTICS LLC, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## ORDER

Upon consideration of Plaintiffs' and Defendant's Joint Motion for Entry of Final Judgment, it is hereby:

**ORDERED** that the motion is **GRANTED.**

In accordance with the Court's order of August 4, 2017, the Court hereby enters Final Judgment dismissing Counts 1 and 2 of Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: October 18, 2017

/s/ 
Leonie M. Brinkema
United States District Judge